FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 28  AM 10: 59

LORETTA G. WHYTE
       CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EVEDA LADNER | * | CIVIL ACTION  01-3544 |
| VERSUS | * | NO.  SECT. L MAG. 5 |
| CLAIRE WIEGAND, M.D. | * | SECTION |
| | * | MAGISTRATE |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

The complaint of EVEDA LADNER alleges that:

1.

Plaintiff Eveda Ladner is an individual domiciled in the State of Mississippi.

2.

Defendant Claire Wiegand, M.D. is an individual domiciled in and practicing medicine in St. Tammany Parish, Louisiana.

Fee $150.00
Process _____
X  Dktd _____
___ CtRmDep _____
    Doc.No. 1

3.

The amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

4.

This Court has jurisdiction due to the diverse citizenship of the parties and an amount in excess of the jurisdictional minimum.

5.

Dr. Wiegand is a qualified health care provider under the Louisiana Medical Malpractice Act (LSA-R.S. 40:1299.41, et seq.) and the required panel proceedings have been concluded.

6.

From about November of 1994 until at least July 10, 1998, Dr. Wiegand treated Mrs. Ladner at Dr. Wiegand's clinic in Slidell, St. Tammany Parish, Louisiana.

7.

The treatment which Dr. Wiegand gave Mrs. Ladner did not meet the standard of care of Dr. Wiegand's specialty of medicine including but not limited to failure to diagnose and treat cancer.

8.

Dr. Wiegand's substandard care resulted in injury and special and general damages to Mrs. Ladner for which Mrs. Ladner demands judgment in an amount in excess of $75,000 exclusive of interests and costs which is reasonable in the premises.

9.

Plaintiff requests trial by jury.

WHEREFORE, claimant EVEDA LADNER prays for trial by jury and for a verdict in her favor and against Claire Wiegand, M. D. in an amount in excess of $75,000 exclusive of interest and costs which is reasonable in the premises plus costs and interest.

_____
GORDON F. WILSON, JR. (NO. 13558) TA
DAVID A. BOWLING (NO. 1726)
WILSON & BOWLING
Suite 2411 - Bank One Center
201 St. Charles Avenue
New Orleans, Louisiana 70170
Telephone: (504) 586-5200
Attorneys for Eveda Ladner

P:\29826\pleading\complaint.1127