UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EVEDA LADNER					CIVIL ACTION

VERSUS						NO. 01-3544

CLAIRE WIEGAND, M.D.				SECTION: L

MONDAY, JULY 7, 2003, at 8:30 AM
BEFORE JUDGE ELDON E. FALLON

Courtroom Deputy: Gaylyn Lambert
Court Reporter: Dee Malouse and David Zarek

Appearances:  Gordon F. Wilson, Jr., Esq. and Al Shiyu, Esq.
              for plaintiff

              Allison H. Penzato, Atty. and Deborah Trahan, Atty.
              for defendant

---

JURY TRIAL:
Case called; all present and ready.
Jury called, sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try Case.
Opening Statements.

Plaintiff's Witnesses:
Dr. Madeline Claire Wiegand - sworn
Eveda Ladner - by video taped deposition taken June 26, 2002.
		Transcript is filed into the record.
Jimmy Ray Ladner - sworn
Dr. Paul Monsour - by deposition taken September 5, 2002.
		Transcript filed into the record.
Jury excused for the day until Tuesday, July 8, 2003, at 9:00 am.

Court adjourned at 4:35 pm.

DATE OF ENTRY
JUL - 8 2003

Fee____
Process____
X  Dktd____
   CtRmDep____
   Doc.No.____

CA 01-3544-L                                         July 7, 2003

Ladner v. Wiegand

Peremptory Challenges

| Plaintiff | Defendant |
|---|---|
| 1. #12 | 1. #7 |
| 2. 15 | 2. #11 |
| 3. 5 | 3. #9 |