UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EVEDA LADNER                                    CIVIL ACTION

VERSUS                                          NO. 01-3544

CLAIRE WIEGAND, M.D.                            SECTION: L


THURSDAY, JULY 10, 2003 at 9:00 AM
(continued from 7-9-03)
BEFORE JUDGE ELDON E. FALLON

**Courtroom Deputy:** Gaylyn Lambert
**Court Reporter:** David Zarek

**Appearances:** Gordon F. Wilson, Jr., Esq. and Al Shiyu, Esq.
for plaintiff

Allison H. Penzato, Atty. and Deborah Trahan, Atty.
for defendant

### JURY TRIAL:

**outside jury's presence:** Objections of parties to jury charges on the record. **jury in:**

Closing Arguments.
Jury charged and instructed by Court.
Jury retires for deliberation @ 11:15 am.
Jury returns from deliberation @ 12:50 pm. Verdict taken @1:10 pm.
VERDICT: In favor of defendant. See verdict form attached.
On motion of plaintiff, jury polled; all answer in affirmative.
Court orders jury verdict be entered as judgment.
Jurors thanked and excused.

Court adjourned at 1:10 pm.

DATE OF ENTRY
JUL 1 1 2003

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc.No. 66

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EVEDA LADNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 01-3544** |
| **CLAIRE WIEGAND, M.D.** | **SECTION: L(5)** |

### INTERROGATORIES TO THE JURY

1. Do you find by a preponderance of the evidence that Dr. Claire Wiegand, the Defendant, was negligent in her treatment of Eveda Ladner, the Plaintiff?

    YES _____     NO ___✓_____

    (If your answer is "NO" to Question 1, skip all remaining questions, sign and date the form and inform the Marshal that a verdict has been reached. If your answer is "YES", please continue.)

2. Do you find by a preponderance of the evidence that the negligence of Dr. Claire Weigand, the Defendant, was a cause in fact of injury to Eveda Ladner, the Plaintiff?

    YES _____     NO _____

    (If your answer is "NO" to Question 2, skip all remaining questions, sign and date the form and inform the Marshal that a verdict has been reached. If your answer is "YES", please continue.)

3. Do you find that Dr. Pamela Wiseman, a non-party, was negligent in her treatment of Eveda Ladner, the Plaintiff?

YES _____          NO _____

(Please continue to Question 4.)

4. Do you find by a preponderance of the evidence that the negligence of Dr. Pamela Wiseman, a non-party, was a cause in fact of injury to Eveda Ladner, the Plaintiff?

YES _____          NO _____

(Please continue to Question 5.)

5. What degree of fault or responsibility, if any, by percentages, do you attribute to each of the following for having caused injury to Eveda Ladner, the Plaintiff?

| | |
|---|---|
| Dr. Claire Wiegand | _____ % |
| Dr. Pamela Wiseman | _____ % |
| Total | Must equal 100% |

(Please continue to Question 6.)

6. What amount, if any, do you find by a preponderance of the evidence would fairly compensate for the pain and suffering sustained by Eveda Ladner?

$_____

(Please continue to Question 7.)

7. What amount, if any, do you find by a preponderance of the evidence would fairly compensate Eveda Ladner's past medical expenses?

$ _____

The Foreperson should sign and date this form and inform the Marshal that a verdict has been reached.

New Orleans, Louisiana this _10_ day of _July_, 2003

_____
FOREPERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EVEDA LADNER** | NUMBER:  01-3544 |
| versus | SECTION: "L" |
| **CLAIRE WIEGAND, M.D.** | MAGISTRATE: (5) |

## BENCH BOOK JOINT EXHIBITS

A. Medical Records of Dr. Claire Weigand

B. Medical Records of Dr. M. Lisa Leonard

C. Medical Records of Dr. Pamela Wiseman

D. Medical Records of Dr. Agustin J. Suarez

E. Medical Records of Dr. Paul D. Monsour

F. Medical Records of Northshore Regional Medical Center

G. Medical Records of Ochsner Clinic Foundation Hospital

H. Medical Records of Slidell Memorial Hospital

I. Medical Records of Crosby Memorial Hospital

J. Certificate of Enrollment — *Not for Jury*

K. Medical Review Panel Opinion and Reasons and Oaths

*all admitted 7-7-03*

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Eastern** DISTRICT OF **Louisiana**

LADNER v. WIEGAND

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 01-3544-L

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Eldon E. Fallon | Gordon Wilson | Allison Penzato |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7-7-03 | Dee Melouse, David Zurek | Jaclyn Lambert |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7-7-03 | ✓ | ✓ | Letter 3-24-03 from Blue Cross |
| *2 | | 7-9-03 | ✓ | ✓ | VHS tape of deposition of Eveda Ladner |
| *3A | | 7-9-03 | ✓ | ✓ | VHS tape of deposition of Dr. Lisa Leonard |
| *3B | | 7-9-03 | ✓ | ✓ | VHS tape of deposition of Dr. Lisa Leonard |
| * | | 2, 3A + 3B - ARE Not FOR JURY. | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVEDA LADNER | NUMBER: 01-3544 |
| versus | SECTION: "L" |
| CLAIRE WIEGAND, M.D. | MAGISTRATE: (5) |

### EXHIBIT LIST ON BEHALF OF
### DR. CLAIRE WIEGAND

NOW INTO COURT, through undersigned counsel comes Claire Wiegand, M.D. who submits the follow list of exhibits:

1) ~~Joint Exhibit 1 – Medical Records~~
2) ~~Defense Exhibit 1 – Certificate of Enrollment~~
3) ~~Defense Exhibit 2 – Medical Review Panel Opinion and Oaths.~~

~~Respectfully submitted:~~

ADMITTED –
Exhibit 3 - Affidavit of Tammy Ladner and selected pages from her deposition taken 8-22-02.

MANG, BATIZA, GAUDIN, GODOFSKY
& PENZATO

BY: _____
ALLISON H. PENZATO (10463)
DEBORAH DEO GRACIAS TRAHAN (22651)
9 Starbrush Circle, Suite 102
Covington, Louisiana 70433
Telephone: (985) 893-1645
Counsel for Claire Wiegand, M.D.