UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 7-10-03
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| EVEDA LADNER | CIVIL ACTION |
| VERSUS | NO. 01-3544 |
| CLAIRE WIEGAND, M.D. | SECTION: L |

### CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

New Orleans, Louisiana, this 10th day of July, 2003.

_____          _____
Counsel for plaintiff                                                Counsel for defendant