UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUL 14 AM 10:54

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| EVEDA LADNER | CIVIL ACTION |
| VERSUS | NO. 01-3544 |
| CLAIRE WIEGAND, M.D. | SECTION: L |

## JUDGMENT

This matter came on before the Court for trial by jury on previous days. Now therefore, considering the answers of the jury to the interrogatories propounded to them, and further considering the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Claire Wiegand, M.D., and against plaintiff, Eveda Ladner, dismissing said plaintiff's complaint with prejudice. Each party is to bear its own costs.

New Orleans, Louisiana, this ____ day of July, 2003.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 14 2003

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.___